**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-1237**

---

In Re:  JERRY ALTON HURST,

                                                    Debtor.

- - - - - - - - - - - -

JERRY ALTON HURST,

                                                    Appellant,

            versus

DORIS WILKINS, Individually and as Clerk of
the Court for Sussex County, Delaware,

                                                    Appellee.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-04-1357; BK-03-15031-SSM; AP-04-1023-SSM)

---

Submitted:  July 27, 2005          Decided:  August 1, 2005

---

Before KING, GREGORY, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry A. Hurst, Appellant Pro Se.  Doris Wilkins, Appellee Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Alton Hurst appeals from the district court's order affirming the bankruptcy court's orders denying Hurst's motion for default judgment and denying his motion for reconsideration. Hurst had sought in the bankruptcy court a ruling invalidating a debt that resulted from a criminal judgment against him in a Delaware County Court. We have reviewed the record and the lower courts' opinions and orders and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hurst v. Wilkins, Nos. CA-04-1357; BK-03-15031-SSM; AP-04-1023-SSM (E.D. Va. Feb. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED